| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | CR 04-00075SOM-04 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| ROSALINDA I. TAMAYO, fka "Rosalinda I. DeGuzman" | District of Hawaii | Honolulu |
| | NAME OF SENTENCING JUDGE | |
| | Susan Oki Mollway | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 7/7/2006 — TO 7/6/2009 |

**OFFENSE**

CONSPIRACY TO DEFRAUD THE UNITED STATES, in violation of 18 U.S.C. § 371, a Class D felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Northern District of Illinois</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/15/06      *[signed] Susan Oki Mollway*
Date          United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

DEC - 4 2006      *[signed] James F. Holderman*
Effective Date    United States District Judge